# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE MARIE THOMAS, | 1: 05 CV 01398 LJO WMW HC |
|     Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE PETITION FOR WRIT OF HABEAS CORPUS |
|   v. | [Doc. 13] |
| ON HABEAS CORPUS, | |
|     Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 15, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  No objections were filed.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the above, the court HEREBY ORDERS as follows:

1) The findings and recommendations entered January 15, 2008, are ADOPTED in full;
2) The Clerk of the Court is DIRECTED to correct the named respondent in this case to Mr. Wallace, Parole Officer;
3) This petition for writ of habeas corpus is DENIED;
4) The Clerk of the Court is DIRECTED to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:     March 4, 2008**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE